IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRENDA PENN,                    )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )        2:04cv733-T
                                )           (WO)
DEPARTMENT OF CORRECTIONS,      )
et al.,                         )
                                )
    Defendants.                 )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Alabama Department of Corrections, Terrence McDonnell, Phillis Billups, John Crow, Leeposey Daniels, Franklin Brown, and Michelle Ellington's motion for summary judgment (Doc. No. 27) is granted.

(2) Judgment is entered in favor of defendants Alabama Department of Corrections, McConnell, Billups, Crow, Daniels, Brown, and Ellington, and against

plaintiff Brenda Penn, with plaintiff Penn taking nothing by her complaint.

It is further ORDERED that the costs are taxed against plaintiff Penn, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of December, 2005.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE